WHIDDON *v.* FLETCHER *et al.,* trustees.

ATKINSON, J. Where an election, held to determine whether bonds should be issued for the purpose of building and equipping a schoolhouse in a local school district, resulted in favor of such issuance, and the bonds were duly validated in accordance with the terms of the Civil Code (1910), § 445 et seq., a citizen and taxpayer of the district who could have made himself a party to the proceedings to validate the bonds, but failed to do so, was concluded by the judgment rendered, and could not thereafter enjoin the levy and collection of a tax to pay the interest and principal of the bonds, and their issuance and sale, on the

ground that there had never been levied in said district as a unit, distinguished from other districts of said county and from the county itself, a local tax for school purposes as provided by the act of 1912 (Acts 1912, p. 176, Park's Ann. Code, § 1545 (a) ; *Thomas* v. *Blakely*, 141 *Ga.* 488 (81 S. E. 218), and cases there cited.

*Judgment affirmed. All the Justices concur, except Gilbert, J., absent on account of sickness.*

No. 1509. FEBRUARY 24, 1920.

Petition for injunction. Before Judge Eve. Tift superior court. June 14, 1914.

*H. H. Hargrett,* for plaintiff. *C. W. Fulwood,* for defendants.